IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIAMON ANTWUAN BASPED,

    Petitioner,　　　　　　　　　No. CIV S-07-1613 GEB KJM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.　　　　　　　　FINDINGS AND RECOMMENDATIONS

/

    Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has requested that the court stay this matter so that he can exhaust state court remedies with respect to all of the claims in his petition except claim 1. In order to obtain a stay, petitioner must show good cause for his failure to exhaust earlier. <u>Rhines v. Weber</u>, 544 U.S. 269, 277 (2005). Petitioner has not done so. Therefore, IT IS HEREBY RECOMMENDED that petitioner's request for a stay be denied, and respondents be ordered to file their answer to claim one in the petition for writ of habeas corpus.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within ten days after service of the objections.  The parties are advised
3  that failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

1
basp1613.sty