IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIAMON ANTWUAN BASPED,** | 2:07-cv-1613-GEB-KJM-P |
| Petitioner, | **ORDER** |
| v. | |
| **PEOPLE OF THE STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondents' request for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on December 3, 2008.

Dated: October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1